UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>            v.<br><br>Jose SIERRA-Albor,<br><br>               Defendant | Magistrate Docket No. '08 MJ 0379<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED 2008 FEB 11 PM 12: 18

The undersigned complainant, being duly sworn, states:

On or about **February 9, 2008** within the Southern District of California, defendant, **Jose SIERRA-Albor**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **FEBRUARY 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 09, 2008, Border Patrol Agent W. Miller was assigned to work patrol duties in the Campo, California area of operations. Agent Miller encountered several footprints across the road in an area known as "Cedillo Canyon" and began to follow the footprints on foot. This area is approximately 18 miles east of the Tecate, California, Port of Entry and approximately two miles north of the United States/Mexico International Border. Agent Miller began to follow the footprints and at approximately 4:30 a.m. he encountered a group of seven subjects attempting to hide in the brush including one later identified as defendant Jose SIERRA-Albor.

Agent Miller identified himself as a Border Patrol Agent and questioned the individuals as to their citizenship and immigration status in the Spanish language. All seven individuals including SIERRA readily admitted to having entered the United States illegally without any immigration or travel documents that would allow them to be in, or remain in the United States legally. All individuals, including SIERRA, also admitted to being natives and citizens of Mexico. All individuals were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on October 25, 2007** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on February 10, 2008 at 9:30 a.m.**

Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 9, 2008**, in violation of Title **8**, United States Code, Section **1326**.

Anthony J. Battaglia
United States Magistrate Judge

Date/Time: 2/10/08 1030AM