AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | 08 CR 655 JAH |
| JOSE SIERRA-ALBOR | CASE NUMBER: 08MJ0379 |

I, JOSE SIERRA-ALBOR, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/6/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Sierra Albor
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

Translated into Spanish by me on this day
DATED 3/5/08
Maria Brower